# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CR NO. 3:24-CR-256 |
| v. | |
| BRUCE NEIL KRESIN, | (Judge Mehalchick) |
| Defendant. | |

**FILED SCRANTON**
SEP 24 2024
PER _____
DEPUTY CLERK

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### 18 U.S.C. § 2250(a)
### (Failure to Register)

From in or about November 2023 and continuing to on or about September 17, 2024, in Lackawanna County, in the Middle District of Pennsylvania, and elsewhere, the defendant,

**BRUCE NEIL KRESIN,**

an individual required to register under the Sex Offender Registration and Notification Act, traveled in interstate and foreign commerce and knowingly failed to register and update his registration as required by the Sex Offender Registration and Notification Act.

1

In violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL

GERARD M. KARAM
United States Attorney

███████████
FOREPERSON

*[signature]*

JEFFERY ST JOHN
Assistant United States Attorney

9-24-2024

Date